PROB 12B  
(08/16)

May 7, 2024  
pacts id: 8498231

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Hector Robles (English)     **Dkt. No.:** 23CR01379-001-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** 4 months' custody; 3 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** October 20, 2023

**Date Supervised Release Commenced:** April 26, 2024

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Not enter or reside in the Republic of Mexico without permission of the court or probation officer and comply with both United States and Mexican immigration laws.

Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

PROB12B

| | |
|---|---|
| Name of Offender: Hector Robles | May 7, 2024 |
| Docket No.: 23CR01379-001-JLS | Page 2 |

## CAUSE

Following his release from custody, Mr. Robles commenced his term of supervision in the Southern District of California, on April 26, 2024. On May 6, 2024, Mr. Robles indicated he would like to travel to Mexicali, when eligible, for doctor and dentist appointments. However, in reviewing his Judgment and Commitment Order, the Court did not include the Mexico condition at the time of sentencing. Therefore, the probation officer respectfully requests Mr. Robles' conditions of supervised release be modified to include the Mexico travel condition.

As to the vehicles condition, although Mr. Robles currently does not have a vehicle, he plans in obtaining his California driver's license and use a vehicle to drive. Therefore, it is respectfully requested that Mr. Robles' conditions of supervised release be modified to include for him to report all vehicles to the probation officer. This condition will allow the probation officer to monitor Mr. Robles more effectively in the community.

Mr. Robles has agreed to the proposed modifications of his conditions, as specified herein, and signed a Waiver of Hearing, which is attached for the Court's review.

Respectfully submitted:                                Reviewed and approved:

by: *[signature]*                                      *[signature]*

Fabiola Beltran                                        Lorena Gonzalez
U.S. Probation Officer                                 Supervisory U.S. Probation Officer
(760) 339-4202

Attachments:

---

### THE COURT ORDERS:

__X__   THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____   OTHER _____

*[signature: Janis L. Sammartino]*                     05/08/2024

The Honorable Janis L. Sammartino                      Date
U.S. District Judge